## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : CHAPTER 11 |
| MOUNTAIN DUE, LLC d/b/a The Melting Pot Bethlehem, | : |
| | : |
| | : Case No. 24-11987 (PMM) |
| **Debtor.** | : |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Mountain Due, LLC d/b/a The Melting Pot Bethlehem (the "Debtor") by and through its counsel, Ciardi Ciardi & Astin, has filed a **MOTION FOR ORDER APPROVING MANAGEMENT AGREEMENT** (the "Motion") with the Court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in this Motion or if you want the Court to consider your views on the Motion, then on or before, you or your attorney must do all of the following:

 (a) file an answer explaining your position at:
 U.S. Bankruptcy Court for the Eastern District of Pennsylvania
 Attn: Clerk's Office
 The Gateway Building
 201 Penn Street, Suite 103
 Reading, PA 19601

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

 (b) mail a copy to the Movant's attorney:

 Albert A. Ciardi, III
 Jennifer C. McEntee
 CIARDI CIARDI & ASTIN
 1905 Spruce Street
 Philadelphia, PA 19103
 Telephone: 215-557-3550
 Telecopier: 215-557-3551
 aciardi@ciardilaw.com
 jcranston@ciardilaw.com

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.     A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer, on **October 1, 2024 at 11:00 a.m.** at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Reading Division, The Gateway Building, 201 Penn Street, Courtroom 4th Floor, Reading, Pa 19601.

4.     If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's Office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Dated: August 29, 2024

CIARDI CIARDI & ASTIN

*/s/ Jennifer C. McEntee*
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551

*Attorneys for Debtor*